## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GLOSTER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD LITHIUM LTD., ROBERT MINTAK, and KARA NORMAN,<br><br>Defendants. | Case No. 1:22-cv-00507-EK-VMS |

## NOTICE OF CURTIS T. ARATA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Curtis T. Arata ("Arata") respectfully moves this Court for an order: (1) appointing Arata as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Arata's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Arata seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory B. Linkh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Arata is aware of this Court's Individual Practice Rule III.C.2., which encourages parties not to file their motion papers until the motion has been fully briefed. However, the Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published. In this case, notice was published on January 27, 2022. Accordingly, lead plaintiff motions must be filed no later than March 28, 2022. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i). Moreover, Arata will not know who else plans to move for appointment as lead plaintiff (if anyone) until after all the deadline has passed and all movants have filed their respective motions. As such, Arata respectfully submits that this motion falls within the Court's exception to Rule III.C.2 which permits parties to file motions if delay would deprive the party of a substantive right.

1

                                              Respectfully submitted,

DATED: March 28, 2022　　　　　　　**GLANCY PRONGAY & MURRAY LLP**

                                              By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Curtis T. Arata and Proposed Lead Counsel for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 28, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 28, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh
