UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CURTIS ARATA, individually and on behalf of all
others similarly situated,

        Plaintiff,                                  JUDGMENT

      v.                                            22-CV-507(EK)(VMS)

STANDARD LITHIUM LTD., ROBERT MINTAK,
KARA NORMAN, and ANDREW ROBINSON,

        Defendants.
------------------------------------------------------------ X

       A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on September 28, 2025, granting the defendants' motion to dismiss the amended complaint; it is

       ORDERED and ADJUDGED that the defendants' motion to dismiss the amended complaint is granted.

Dated: Brooklyn, NY                                            Brenna B. Mahoney
       September 29, 2025                                  Clerk of Court

                                                                    By: /s/Jalitza Poveda
                                                                        Deputy Clerk